1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

CARL L. CRUZ,

                              Plaintiff,

9

          v.

10

COMMISSIONER OF SOCIAL SECURITY,

11

                              Defendant.

12

Case No. C21-1454-DGE

**ORDER GRANTING REVISED
STIPULATED MOTION FOR
ATTORNEY FEES**

13     This matter comes before the Court on the parties' revised stipulated motion for attorney

14   fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Dkt. 22.

15     The Court previously granted the parties' prior stipulated motion and awarded Plaintiff

16   $6,957.10 in attorney fees on July 13, 2022.  Dkt. 20.  On July 25, 2022, Plaintiff withdrew the

17   motion due to a calculation error (Dkt. 21.) and filed a revised stipulated motion with the

18   corrected attorney fees.  Dkt. 22.

19     The motion is timely as Plaintiff had a 60-day appeal period, plus the 30-day period in

20   §2412(d)(1)(B), from the entry of final judgement on April 18, 2022 to file a timely EAJA

21   application.  *Akopyan v. Barnhart*, 296 F.3d 852 (9th Cir. 2002); *Melkonyan v. Sullivan*, 501

22   U.S. 89, 94–96 (1991); Fed. R. App. P. 4(a).  Furthermore, upon review of the stipulation and the

23   record, the Court determines that Plaintiff is the prevailing party, the government's position was

not substantially justified, and that the itemization of attorney time spent is reasonable.  In short,

ORDER GRANTING REVISED
STIPULATED MOTION FOR
ATTORNEY FEES - 1

the requirements of § 2412(d)(1)(B) are met.

Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the revised motion and awards Plaintiff  $3,300 in attorney fees, subject to any offset allowed under the Treasury Offset Program.  *See Astrue v. Ratliff*, 560 U.S. 586, 589–90 (2010).  Payment of EAJA fees shall be sent to Plaintiff's attorney by either EFT or check: David Oliver at David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, WA 98409.  Pursuant to *Ratliff*, award shall be payable to Plaintiff's attorneys, David Oliver at David Oliver & Associates, if the Commissioner confirms that Plaintiff owes no debt to the Government through the Federal Treasury Offset program.

For the foregoing reasons, Plaintiff's revised stipulated motion for attorney fees is GRANTED.

DATED this 26th day of July 2022.

David G. Estudillo
United States District Judge

ORDER GRANTING REVISED
STIPULATED MOTION FOR
ATTORNEY FEES - 2